# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MAGEN N. SPONER**                                               **PLAINTIFF**

VS.                    CASE NO. 4:22CV00338 BRW/PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of September, 2022.

                                                                 BILLY ROY WILSON
                                          UNITED STATES DISTRICT JUDGE